■ RICHARD J. MENKES, Appellant, v ROGER S. PAULUS, Individually and as President of St. Lawrence Seaway Pilots Association, et al., Respondents. [696 NYS2d 916] —Order unanimously affirmed with costs for reasons stated in decision

at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.